IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: JOHN A WOODS | ) |
| | ) |
| LNV Corporation, | ) |
|     Creditor, | ) |
| | ) |
|   vs. | ) CASE NO. 09B14746 |
| | ) JUDGE A. Benjamin Goldgar |
| JOHN A WOODS, | ) |
|     Debtor | ) |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes LNV Corporation, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage cure, stating as follows:

1. The Debtor is due for the October 2009 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of June 29, 2010:

   a. Attorney's Fees                                                        $250.00
   b. Payments
      10/09 – 2/10               (5 @ $1,169.43) =    $5,847.15
      3/10 – 8/10                (6 @ $1,169.44) =    $7,016.64
   c. Late Charges               (11 @ $40.46)        $445.06
   d. Property Inspection                                     $26.50
   Total                                                                $13,585.35

If no challenge to foregoing is made by motion filed with the court and serviced on the undersigned and the trustee within thirty days of this notice LNV Corporation rights to collect these amounts will be unaffected.

                                                    Respectfully Submitted,
                                                    LNV Corporation

                                                  /s/Christopher M. Brown__
                                                 Christopher M. Brown
                                                 ARDC#6271138
                                                 Pierce and Associates, P.C.
                                                 1 North Dearborn
                                                 Suite 1300
                                                 Chicago, Illinois 60602